AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 3 0 2023

TAMMY H. DOWNS, CLERK
By: 
DEP CLERK

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| Garrett D. Statler | ) | Case No.  4:20-cr-217-DPM |
|  | ) | USM No. 26971-045 |
|  | ) | Grant Ballard |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   **Mand., Stand. & Special**   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (Mand.) | Committing Another Crime, a Grade A Violation | 01/01/2021 |
| 2 (Mand.) | Possessing a Firearm, a Grade A Violation | 01/01/2021 |
| 3-4 (Mand. & Stand.) | Using a Controlled Substance, a Grade A Violation | 12/14/2020 |
| 5 (Stand.) | Failing to Report to Probation, a Grade A Violation | 11/30/2020 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8860

Defendant's Year of Birth:   1994

City and State of Defendant's Residence:
Kensett, AR

08/29/2023
Date of Imposition of Judgment

*/s/ DP Marshall Jr.*
Signature of Judge

D.P. Marshall Jr.        United States District Judge
Name and Title of Judge

30 August 2023
Date

Judgment—Page 2 of 5

DEFENDANT: Garrett D. Statler
CASE NUMBER: 4:20-cr-217-DPM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 6 (Stand.) | Failing to Report to Probation, a Grade A Violation | 08/20/2020 |
| 7 (Stand.) | Failing to Obtain Employment, a Grade A Violation | 12/14/2022 |
| 8 (Stand.) | Associating with Criminals, a Grade A Violation | 09/17/2020 |
| 9 (Special) | Failing to Participate in Drug Treatment, a Grade A Violation | 09/03/2020 |

Judgment — Page 3 of 5

DEFENDANT: Garrett D. Statler
CASE NUMBER: 4:20-cr-217-DPM

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

36 months total. 30 months to be served concurrent with the sentences in White County Circuit Court Case Nos. 73CR-2020-766, 73CR-2021-92 & 73CR-2021-93. 6 months to be served consecutive to those sentences.

☑ The court makes the following recommendations to the Bureau of Prisons:

1) that Statler participate in drug abuse programs during incarceration;
2) that Statler participate in educational and vocational programs during incarceration;
3) that Statler participate in mental-health counseling during incarceration, emphasis anger management; and

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Garrett D. Statler
CASE NUMBER: 4:20-cr-217-DPM

## ADDITIONAL IMPRISONMENT TERMS

Recommendations to the Bureau of Prisons (continued):

4) designation to FCI Pollock because of good programs there.

DEFENDANT: Garrett D. Statler
CASE NUMBER: 4:20-cr-217-DPM

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

None.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.